James B. Ball, #007339
POLI & BALL, P.L.C.
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

Attorneys for Bank of America, N.A.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**STEPHEN L. SMITH and JOYCE M. KELTON-SMITH**<br><br>Debtors. | Case No. 2:09-bk-06683-RTB<br><br>Chapter 11<br><br>**OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT**<br><br>Date: 11/3/2009<br>Time: 10:00 AM<br>Place: Courtroom 703<br><br>(Honorable Redfield T. Baum) |

Bank of America N.A. (the "Bank") an unsecured creditor in this matter, hereby objects to the Debtor's Disclosure Statement because in contains inadequate and inaccurate information. The Debtors continue to assert that real property owned by non-debtors is property of this bankruptcy estate. Based on that erroneous position, they classify the Bank as a secured, rather than unsecured, creditor. Because of these fundamental inaccuracies in the Disclosure Statement, a hypothetical investor could not make an informed judgment regarding the Debtor's proposed plan. *See* 11 U.S.C. § 1125(a).

## I. FACTUAL BACKGROUND

The Debtors claim they own property located at 7400 East Pinnacle Peak, Suite 100 & 102, Scottsdale, Arizona (the "Scottsdale Property"). The Scottsdale Property is owned by SLS Properties, LLC (the "LLC"), not the Debtors. A copy of the vesting deed for the Scottsdale Property is attached hereto as "Exhibit A."

The Debtors claim they own property located at 2044 N. Recker Road, Mesa, Arizona (the "Mesa Property"). The Mesa Property is actually owned by SLS & JKS Family Limited Partnership (the "LP"), not the Debtors. A copy of the vesting deed for the Mesa Property is attached hereto as "Exhibit B."

The Bank is the beneficiary of a deed of trust against the Scottsdale Property (the "Scottsdale Deed of Trust"). The Scottsdale Deed of Trust secures a loan to the LLC in the original principal amount of $593,000.00 (the "LLC Loan"). A copy of the Scottsdale Deed of Trust is attached hereto as "Exhibit C." The Debtors guarantied repayment of the LLC Loan. Copies of the guaranties of the LLC Loan are attached hereto as "Exhibit D."

The Bank is the beneficiary of two deeds of trust against the Mesa Property. The first deed of trust (the "First Mesa Deed of Trust") secures a loan to the LP in the original principal amount of $500,000.00 (the "LP Loan"). A copy of the First Mesa Deed of Trust is attached hereto as "Exhibit E." The Debtors guarantied repayment of the LP Loan. Copies of the guaranties of the LP Loan are attached as "Exhibit F."

The second deed of trust on the Mesa Property (the "Second Mesa Deed of Trust") secures a loan to Club Realty Privileged Properties, Inc., in the original principal amount of $140,000.00 (the "CR Loan"). A copy of the Second Mesa Deed of Trust is attached hereto as "Exhibit G." The Debtors guarantied repayment of the CR Loan. Copies of the guaranties of the CR Loan are attached as "Exhibit H."

## II. LEGAL ARGUMENT

### A. Bank of America Is Not A Secured Creditor In This Bankruptcy Proceeding.

The Debtors classify the Bank as Class B1 with respect to the LLC Loan, Class B2 with respect to the LP Loan, and Class B3 with respect to the CR Loan. Each of the "B" classes is designated as an "Allowed Secured Claim."

Although The Bank's claims are secured by the Mesa Property and the Scottsdale Property (collectively, the "Properties"), The Bank is not a secured creditor of the Debtors. The Mesa Property is owned by the LP. The Scottsdale Property is owned by the LLC. Those properties are not property of this bankruptcy estate. The Debtors simply guarantied repayment of the LP Loan, the CR Loan and the LLP Loan. They did not secure their guaranties with any property belonging to this bankruptcy estate.

The Debtors may argue that the Properties are property of the bankruptcy estate because the LLC and LP are "pass through" or "disregarded" entities for tax purposes. Regardless of tax treatment, the LLC and LP own their own assets, including the Properties, outside of the jurisdiction of this court. *See e.g., In re KRSM Properties, LLC*, 312 B.R. 712, 719 (9th Cir. Bankr. 2004) ("A tax election to have an LLC disregarded as a taxable entity has no effect on the legal status of ownership of LLC assets. When the LLC sold the real property it owned in its name, the proceeds from the sale remained its property."). *See also, In re Loughnane dba Jim Dins Foods, Inc.*, 28 B.R. 940, 942 (Bankr. D. Colo) (""[T]he technical, legal distinctions between individuals, partnerships and corporations will be respected and applied with reference to the automatic stays of actions against property of the estate. . . . . While the ownership interest of the debtor in stock of Jim Dins Food, Inc., is property of the estate, the corporate entity is not property of the estate.").

POLI & BALL, P.L.C.
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

The Bank is simply an unsecured creditor of the bankruptcy estate and should be classified and treated as such.

**B.  The Debtors Can Not Surrender The Scottsdale Property And Mesa Property To Bank Of America In Full Satisfaction Of Their Debts.**

The Debtors propose to surrender the Properties to the Bank "in lieu of deficiency and foreclosure." As the Debtors do not own the Properties, they can not surrender them to the Bank. Moreover, even if the Debtors did own the Properties, they could not surrender "in lieu of deficiency and foreclosure." According to Schedule 1 of the Disclosure Statement, the Debtors believe the value of the Properties are each less than the loans they secure. Accordingly, even if the Bank was a secured creditor, it would be undersecured. Therefore, the Bank would be entitled to an unsecured deficiency claim.

### III. CONCLUSION

The Debtor does not own the Scottsdale Property or Mesa Property. The Disclosure Statement is fundamentally wrong in its classification of The Bank as a secured creditor. The Bank is an unsecured creditor in this bankruptcy and should be treated as such.

POLI & BALL, P.L.C.


By      /s/ James B. Ball
        James B. Ball
        2999 North 44th Street, Suite 500
        Phoenix, Arizona 85018
        Attorneys for Creditor Bank of America

The ORIGINAL E-filed
this 26th day of October, 2009.

A COPY of the foregoing e-mailed and mailed
this 26th day of October, 2009, to:

Robert M. Cook
Law Offices of Robert M. Cook, PLLC
219 West Second Street
Yuma, AZ 85364
Attorney for Debtor

Larry Watson
U.S. TRUSTEE
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003


  /s/ Mary Thibideau

POLI & BALL, P.L.C.
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

S:\JBB\BOFA\SLS-SKS\Objection to Disclosure Statement.doc